# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| In re: | § |
| | § CASE NO. 20-40374-bem |
| Sherry Lynn Caldwell | § CHAPTER 13 |
| | § |
| Debtor | § |
| Carvana, LLC, | § CONTESTED MATTER |
| | § |
| Respondent | § |
| v. | § |
| Sherry Lynn Caldwell, Debtor | § |
| | § |
| Mary Ida Townson, Trustee | § |
| | § |
| | § |

## OBJECTION TO CONFIRMATION

COMES NOW, Carvana, LLC, (Cavana) and makes and files its Objection to the Confirmation of the Debtor's Chapter 13 case for the reasons set forth below:

1.

Carvana, holds a first priority lien on the Certificate of Title to the Debtor's 2017 Nissan Sentra; VIN 3N1AB7AP1HL706012.

2.

The subject vehicle was purchased on 4/07/2020, which is within 910 days of the filing of the within case and should be paid in full pursuant to 11 U.S.C Section 1325(a)(9).

3.

The Debtor's plan is silent as for treatment for Carvana's claim.

4.

Carvana is entitled to have its claim in the amount of $14,884.19 paid as fully secured. The contractual interest rate is 18.90%.

5.

The Debtor's proposed monthly payment and interest rate are insufficient to provide Carvana, with adequate protection.

THEREFORE, based upon the above and foregoing facts Carvana objects to the confirmation of the Debtor's Chapter 13 case.

This April 27, 2020

Respectfully Submitted

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com

## **CERTIFICATE OF SERVICE**

      This is to certify that I have served a copy of **OBJECTION TO CONFIRMATION** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Sherry Lynn Caldwell
2476 Quarles Rd
Rocky Face, GA 30740-9084

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720

Mary Ida Townson
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

      This April 27, 2020

      **/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
180 Interstate N Parkway, Suite 200
Atlanta, GA  30339
Phone: (404) 252-6385, Fax: (404) 252-6394
Email: rmaner@rbmlegal.com



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information

### Lienholder

| | |
|---|---|
| ELT Lien ID | 001101896845 |
| Lienholder | CARVANA LLC |
| Lienholder Address | |
| Lien Release Date | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 3N1AB7AP1HL706012 | Issuance Date | 11/26/2019 |
| Title Number | 770019231213017 | Received Date | 11/26/2019 |
| Title State | GA | ELT/Paper | ELECTRONIC |
| Year | 2017 | Odometer Reading | |
| Make | NISS | Branding | |
| Model | | | |
| Owner 1 | SHERRY PETTYJOHN CALDWELL | | |
| Owner 2 | | | |
| Owner Address | 2476 QUARLES RD<br>ROCKY FACE, GA 307409084 | | |

**Printed:** Thursday, April 02, 2020 2:29:31 PM PST

https://title.fdielt.com/MVC/CollateralPrint/CollateralPrint?view=CollateralPrint&account=    4/2/2020