UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

CASE NO.  R20-40374-BEM          ELLIS-MONRO, JUDGE
DEBTOR(S): SHERRY L. CALDWELL      DATE: JUNE 24, 2020

SONYA BUCKLEY GORDON TO REPORT BACK IN 10 DAYS

WHETHER DEBTOR'S PLAN PAYMENTS CURRENT.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS AGAINST CONFIRMATION BECAUSE:
DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.
PLEASE ENTER AN ORDER OF DISMISSAL.

July 9, 2020

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110

R20-40374-BEM

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

SHERRY L. CALDWELL
2476 QUARLES RD
ROCKY FACE, GA 30740-9084

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES

This 9TH day of July, 2020

_____/s/_____
Sonya Buckley Gordon, Esq.
Standing Chapter 13 Trustee
GA Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
404-525-1110